IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH HATCHETT, # 108243,       )
                                  )
        Petitioner,               )
                                  )       Civil Action No.
v.                                )       2:22cv104-WHA-SMD
                                  )            (WO)
JEFFERY BALDWIN, et al.,          )
                                  )
        Respondents.              )

## **ORDER**

On April 6, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 3. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1)  the Magistrate Judge's Recommendation (Doc. 3) is ADOPTED; and

(2)  this case is DISMISSED WITHOUT PREJUDICE due to Petitioner's failure to comply with the Court's orders.

A final judgment will be entered separately.

DONE this 26th day of April, 2022.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE